USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/14/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
THOMAS GARBEN,
          Plaintiff,

v.

MEDALLIES, INC., et al.,
          Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 1190 (VB)

      On March 11, 2022, pursuant to 28 U.S.C. §§ 1441(b)(2) and 1447(c), plaintiff moved to remand this case to State court and for the imposition of costs and expenses, including attorney fees. (Doc. #15). By March 18, 2022, defense counsel shall respond by letter, not to exceed three pages in length, to the motion.

      The initial conference scheduled for March 18, 2022, is adjourned without date.

Dated: March 14, 2022
       White Plains, NY

                            SO ORDERED:

                            _____
                            Vincent L. Briccetti
                            United States District Judge